# Third District Court of Appeal
## State of Florida

Opinion filed April 5, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2340
Lower Tribunal No. 18-2940
_____

**Tower Hill Signature Insurance Company,**
Appellant,

vs.

**Albert Hannah, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Lisa S. Walsh, Judge

Traub Lieberman Straus & Shrewsberry LLP, and Scot E. Samis (St. Petersburg), for appellant.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines); Perry & Neblett, P.A., and David Avellar Neblett, and James M. Mahaffey, III, for appellees.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.